



**Exhibit 1**