

Search TracFone    check balance/ service date

my account    register    español

NO BILLS    NO CONTRACTS    NO SURPRISES    YOU'RE IN CONTROL

ACTIVATE / REACTIVATE PHONE | BUY AIRTIME | REFILL | BUY PHONES AND MORE | TRACFONE PROGRAMS | SERVICE & SUPPORT

## ADD AIRTIME

Enter Airtime PIN               Transaction Summary

**THANK YOU FOR ADDING AIRTIME WITH US!**

**Next Steps:**

**YOUR TRANSACTION IS COMPLETE!** If you are purchasing airtime with a credit card, Do **NOT** go BACK to avoid duplicate charges!
- Please KEEP YOUR TRACFONE ON at all times. It will automatically update shortly.
- Remember to add Minutes to your TRACFONE BEFORE your Paid Through Date to avoid loss of service!

**Order Summary**

|  |  |
|---|---|
| Phone Number | (682) 560-1675 |
| New Service End Date | 12/26/2013 |
| Minutes | 120 |
| Service Days | 90 |

Did you know that you can Add Airtime directly from your TracFone? Learn More





[1] Tax and charge/fee amounts are estimated based on the home area for your phone. If your address is in a different city and zip code, the actual tax and charge/fee amounts will be based on your address information, so the amounts may vary from the original estimate.

[2] A fee, charge, or surcharge to fund state and/or local E911 related programs imposed by law on prepaid wireless users or assessed by us to recover its cost of complying with E911 laws and regulations, and, in California, to fund California Public Purpose Programs and User Fees to the CPUC.

[3] This amount is to help recover our contribution requirement to federal universal service.

[4] This amount is to help recover our costs related to complying with government regulations and programs.

© 2013 TRACFONE® TracFone Wireless Inc. All Rights Reserved.

**Exhibit 2 Pg. 1**



Search TracFone    check balance/ service date

my account    create account    español

NO BILLS    NO CONTRACTS    NO SURPRISES    YOU'RE IN CONTROL

ACTIVATE / REACTIVATE PHONE | BUY AIRTIME | ADD AIRTIME | BUY PHONES AND MORE | TRACFONE PROGRAMS | SERVICE & SUPPORT

## ADD AIRTIME

Enter Airtime PIN                                     Transaction Summary

**THANK YOU FOR ADDING AIRTIME WITH US!**

**Next Steps:**

**YOUR TRANSACTION IS COMPLETE!** If you are purchasing airtime with a credit card, do **NOT** go BACK to avoid duplicate charges!
- Please KEEP YOUR PHONE ON at all times. It will automatically update shortly.
- Remember to add Minutes to your phone BEFORE your Service End Date to avoid loss of service!

### Order Summary

|  |  |
|---|---|
| Phone Number | (682) 560-1675 |
| New Service End Date | 06/24/2014 |
| Minutes | 120 |
| Service Days | 90 |







[1] Tax and charge/fee amounts are estimated based on the home area for your phone. If your address is in a different city and zip code, the actual tax and charge/fee amounts will be based on your address information, so the amounts may vary from the original estimate.

[2] A fee, charge, or surcharge to fund state and/or local E911 related programs imposed by law on prepaid wireless users or assessed by us to recover its cost of complying with E911 laws and regulations, and, in California, to fund California Public Purpose Programs and User Fees to the CPUC.

[3] This amount is to help recover our contribution requirement to federal universal service.

[4] This amount is to help recover our costs related to complying with government regulations and programs.

© 2014 TRACFONE® TracFone Wireless Inc. All Rights Reserved.

Exhibit 2 Pg. 2

TRACFONE Nationwide Prepaid Wireless                                      https://www.tracfone.com/transaction_summary.jsp



Search TracFone     ESPAÑOL

MY ACCOUNT / REGISTER  /  TRACK YOUR ORDER

| NO BILLS | NO CONTRACTS | NO SURPRISES | YOU'RE IN CONTROL |

| ACTIVATE / REACTIVATE PHONE | BUY AIRTIME | ADD AIRTIME | BUY PHONES AND MORE | TRACFONE PROGRAMS | SERVICE & SUPPORT |

Your Tracfone Number : 682-560-1675
To keep your service active remember to add airtime before your Service End Date : 10/10/2014

## You have successfully programmed your TracFone.

TracFone
Minutes Added
120 Minutes

Service End Date 10/10/2014

| Minutes Added | Service Days |
| 60  - Minutes | 90  - Days |
| 60  - Bonus Minutes | 90  - Total Days = New Service End Date of 10/10/2014 |
| 120 - Total Minutes | |

**Special Programs**

The TracFone you have activated contains our Double Minute for Life benefit. This means that for the life of the phone, every Minute purchased and added will be doubled. For example, add a 60 Minute Airtime Card and get 120 Minutes. Enjoy this $24.99 value - FREE!

**The Double Minute benefit does not apply to Minutes that have not been purchased, such as Bonus Minutes provided with a special TracFone promotional code or Bonus Minutes automatically added to the TracFone. Also, the 800 Minutes included with the One Year + Double Minute card will not double. The Double Minute benefit may only be added once, only applies to this TracFone, and cannot be transferred to another TracFone.

**The Airtime card(s) you added does not qualify for special programs.**

**Enjoy our Improved Carry Over Benefit!** Only with TracFone, the minutes and service days you add to your TracFone are added to the minutes and service days you already have.

To learn more about your phone click here.
To learn more about your phone click here.

 Explore all that your TracFone has to offer, such as **special offers, info and more!**   GET EVERYTHING AT THE WELCOME CENTER 

© 2014 TracFone Wireless, Inc. All Rights Reserved.

# Exhibit 2 Pg. 3