| # | Caller | Date/Time | Number | Notes |
|---|---|---|---|---|
| #1 | CBE | 1-16-14 8:55 AM | 515-954-7687 | |
| | MCM | 1-16-14 9:55 AM | 877-237-0512 | |
| | MCM | 1-16-14 12:58 PM | 877-237-0512 | |
| | CBE | 1-16-14 6:27 PM | 515-954-7687 | |
| | MCM | 1-17-14 8:02 AM | 877-237-0512 | |
| | MCM | 1-17-14 9:06 AM | 877-237-0512 | |
| | Acct. Dis. Sys. | 1-17-14 9:22 | 210-807-4442 | √ msg |
| | MCM | 1-17-14 10:04 AM | 877-237-0512 | |
| | MCM | 1-17-14 11:18 AM | 877-237-0512 | Ans "Quit calling this phone" |
| | MCM | 1-18-14 8:38 AM | 877-237-0512 | |
| | MCM | 1-18-14 10:12 AM | | "Quit calling this phone" They hung up |
| | MCM | 1-18-14 12:42 | | "Quit calling this phone" They hung up |
| | MCM | 1-18-14 2:25 PM | 877-237-0512 | |
| | MCM | 1-19-14 8:30 AM | | Ans "Quit calling this phone, Quit it" Hung up on me |
| | MCM | 1-19-14 8:50 AM | | "Quit calling this phone" Hung up on me |

**Exhibit 5**