FAQs   Forms   Contact

HOME   WHO IS MCM?   ARE YOU A CUSTOMER?   HELP CENTER   PAYMENT OPTIONS   MAKE A PAYMENT

Search

## Help Center

Help Center Wizard
Tools and Resources
Frequently Asked Questions

## Contact Us

Talk to an Account Manager

Zip Code

Or Call

# 877.240.2377

Get started on a
Personal Payment Program



MCM & Encore Capital enacts industry-first Consumer Bill of Rights.

English | En Español

## Phone Calls from MCM

It is important that our customers get their questions answered and so we've developed this handy set of FAQs to our customers better understand what we do and how we can help.

About    Payment    Assistance & Validation    Phone Calls

### Who is calling me from 855-789-8625?

Midland Credit Management (MCM) is a company that has helped over 2 million consumers resolve past-due financial obligations. You may have received a letter or phone call from us regarding a personal business matter.

🔒 LOOK UP YOUR ACCOUNT

MCM makes calls from 855-789-8625, 855-798-4722, 855-789-8625, 855-967-7399, 855-877-4328, 855-891-8849, 855-808-0414, 855-798-4722, 855-789-8625, 877-411-5551, 866-580-4780, 877-237-0512, 800-265-8825, 866-927-7380, 877-411-6748, 877-822-9054, or 877-236-7498.

Was this helpful?  👍 Yes  👎 No

### How can I stop getting phone calls?

*Please understand that this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.



2365 Northside Drive, Suite 300, San Diego, California 92108 | Call 877.240.2377
© 2015 Midland Credit Management, Inc. All Rights Reserved. Privacy Policy and State Disclosures

Encore Capital Group is a Certified Professional Receivables Company (C1312-1009)

# Exhibit 8

✦ GOT FEEDBACK?